**UNITED STATES of America,**
**Plaintiff—Appellee,**

**v.**

**Juan Carlos AGUILAR–HERNANDEZ,**
**Defendant—Appellant.**

No. 02–50224.

D.C. No. CR–01–03543–JSR.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 15, 2003.

Before PREGERSON, REINHARDT
and GRABER, Circuit Judges.

MEMORANDUM**

Juan Carlos Aguilar–Hernandez appeals his conviction, following a guilty plea, for importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960.

Aguilar–Hernandez's contention that 21 U.S.C. § 960 is facially unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and that *Harris v. United States,* 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), overruled *United States v. Buckland,* 289 F.3d 558, 562 (9th Cir.) (en banc), *cert. denied,* 535 U.S. 1105, 122

S.Ct. 2314, 152 L.Ed.2d 1067 (2002) is foreclosed by *United States v. Hernandez,* 322 F.3d 592 (9th Cir.2003). Aguilar–Hernandez's conviction is

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

